## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-01073-RPM-KMT

AMBER DIMMICK,

        Plaintiff,

v.

VIRTUOSO SOURCING GROUP, LLC,

        Defendant.

_____
## STIPULATION OF DISMISSAL
_____

      Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the Plaintiff Amber Dimmick and Virtuoso Sourcing Group, LLC hereby stipulate to a voluntary dismissal of this action between them with prejudice and each of them to bear their own costs and attorney fees.

RESPECTFULLY SUBMITTED:

| AMBER DIMMICK | VIRTUOSO SOURCING GROUP, LLC |
| --- | --- |
| By her attorney, | By its attorney, |
| | |
| /s/ Kevin V. K. Crick | /s/ Irvin Allen Borenstein |
| Kevin Crick | Silverman & Borenstein, PLLC |
| BBO # 680950 | 13111 East Briarwood Avenue |
| Consumer Rights Law Firm | #340 |
| 231 Sutton St., Suite 1A | Centennial, Colorado 80112 |
| North Andover, Massachusetts, 01845 | Phone: (303) 768-0200 |
| Phone: (978) 212-3300 | Fax:  (303) 768-0220 |
| Fax: (978) 409-1846 | irv@sblawpllc.com |
| Email: kevinc@consumerlawfirmcenter.com | |

Dated: August 12, 2013