IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01073-RPM-KMT

AMBER DIMMICK,

    Plaintiff,

v.

VIRTUOSO SOURCING GROUP, LLC,

    Defendant.
_____

ORDER OF DISMISSAL
_____

Pursuant to the Stipulation of Dismissal [15] filed August 12, 2013, it is

ORDERED that this action is dismissed with prejudice, the parties to bear their own costs and attorney fees.

DATED: August 12th, 2013

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge